# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3826
_____

RUFUS STANCLE,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 24, 2024

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rufus Stancle, pro se, Petitioner.

Rana Wallace, General Counsel, and Alex A. Christiano, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.